IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANKLIN D. COLLINS, JR., ) | |
| #150 739, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:14-CV-231-MEF |
| ) | |
| DR. JOHNNY BATES, *et al.*, ) | |
| ) | |
|     Defendants. ) | |

**ORDER**

Defendants are currently under order to file an answer and written report to the complaint and amendments thereto. As no additional pleadings or documents from Plaintiff are necessary at this time, and in the interest of preserving limited judicial resources, it is

**ORDERED** that Plaintiff shall file no further documents, pleadings or motions, <u>with the exception of a motion for leave to file</u>, without express permission of the court. If any document, pleading or motion, excluding a motion for leave to file, is sent to the court, the Clerk shall not file or docket the document and shall return it to Plaintiff.

Additionally, inasmuch as Defendants are under order to produce relevant affidavits, documents, and/or records in support of their special report, and pursuant to the authority granted this court to limit discovery, Rule 26(b), *Federal Rules of Civil Procedure*, it is

**ORDERED** that:

1. All requests for discovery and/or motions for leave to file a discovery request shall be filed with the court and served on the appropriate party on or before September 30,

2014.

    2.  Responses to requests for discovery shall be filed with the court and served on the requesting party within thirty (30) days of receipt of the discovery request.  If the discovery request seeks documents and/or information previously provided to the requesting party, the responding party shall so advise the court.  The parties are cautioned that sanctions may be imposed for repetitive requests seeking cumulative discovery.

    3.  Any request for discovery filed after September 30, 2014, will be considered untimely and no response to such request is necessary absent further order of the court.

Accordingly, the Clerk is DIRECTED to not accept for filing and/or strike from the docket any request for discovery and/or motion for leave to file a request for discovery submitted after September 30, 2014.

The parties are advised that the discovery permitted herein "shall be limited by the court" for any of the reasons set forth in Rule 26(b)(2)(C)(i), (ii) and (iii), *Federal Rules of Civil Procedure*.

Done, this 31st day of July 2014.

                        /s/ Wallace Capel, Jr.  
                        WALLACE CAPEL, JR.  
                        UNITED STATES MAGISTRATE JUDGE