IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FRANKLIN D. COLLINS, JR, #150739, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-CV-231-WHA |
| | ) | |
| DR. JOHNNY BATES et al., | ) | (wo) |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the Order of the court entered on this date adopting the Recommendation of the Magistrate Judge, Final Judgment is entered in favor of Defendants Bates, Roberson, Stanberry, Lovvorn, Johnson, Maldonado, and Robinson and against the Plaintiff, and this case is DISMISSED with prejudice.

DONE this 8th day of September, 2017.

/s/ W. Harold Albritton_____
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE